UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

MARKEY L. WALKER,

        Plaintiff,           Case No. 1:23-cv-728

v.                                      Honorable Phillip J. Green

UNKNOWN CROFOOT, et al.,

        Defendants.
_____/

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's federal claims **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

**IT IS FURTHER ORDERED** that any state law claims asserted by Plaintiff are **DISMISSED WITHOUT PREJUDICE** because the Court declines to exercise supplemental jurisdiction over such claims.

Dated: August 2, 2023                /s/ Phillip J. Green
                                                  PHILLIP J. GREEN
                                                  United States Magistrate Judge